UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARTURO DANIEL SALAMANCA,<br>Defendant. | Case No. 19-CR-442 MMC<br><br>**DETENTION ORDER** |

Defendant Arturo Daniel Salamanca is charged by indictment with possession of child pornography. Mr. Salamanca appeared before the Court for a detention hearing on October 3, 2019. Mr. Salamanca was represented by Ellen Leonida and the government was represented by Alexis Loeb. Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that Mr. Salamanca poses a danger to the community and that no condition or combination of conditions currently available will reasonably assure that Mr. Salamanca is not a danger to the community. Mr. Salamanca has a significant criminal history with numerous probation violations. Most importantly, at the time he allegedly committed the crime charged, he was on parole in San Francisco County, with his parole date beginning only seven months before the alleged offense. Further, during this parole, he attended weekly outpatient substance abuse and mental health treatment and yet while undergoing that treatment still allegedly committed the charged offense. Mr. Salamanca is also unemployed and does not have any potential sureties or custodians. For these reasons, and the reasons stated in open court, Mr. Salamanca is detained.

These findings are made without prejudice to Mr. Salamanca's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Salamanca is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant Salamanca be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: October 3, 2019

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge